**Electronically Filed
Supreme Court
SCWC-29981
16-APR-2012
10:05 AM**

NO. SCWC-29981

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

DARNELL GRIFFIN, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29981; CR. NO. 07-1-0647)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
Circuit Judge Browning, in place of Acoba, J., recused, and
Circuit Judge Sakamoto, in place of Duffy, J., recused)

Petitioner/Defendant-Appellant Darnell Griffin's

application for writ of certiorari, filed on March 5, 2012, is

hereby rejected.

DATED:  Honolulu, Hawai'i, April 16, 2012.

| | |
|---|---|
| James S. Tabe, | /s/ Mark E. Recktenwald |
| Deputy Public Defender, | |
| on the Application for | /s/ Paula A. Nakayama |
| Petitioner/Defendant-Appellant. | |
| | /s/ Sabrina S. McKenna |
| Donn Fudo, | |
| Deputy Prosecuting Attorney, | /s/ R. Mark Browning |
| on the Response for | |
| Respondent/Plaintiff-Appellee. | /s/ Karl K. Sakamoto |

